1 | EDWARD M. HIGGINBOTHAM, SBN 231636
*ehigginbotham@sflaw.net*
2 | CONRAD K. WU, SBN 256706
*cwu@sflaw.net*
3 | 885 Bryant Street, Second Floor
San Francisco, California 94103
4 | Telephone: (415) 581-0885, Ext. 209
Facsimile: (415) 581-0887

Attorneys for Plaintiffs
YAWKWAB HUSSAN and QUEEN OF SHEBA

SEDGWICK LLP
NORMAN LAU, SBN 253690
*norman.lau@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY and
GOLDEN EAGLE INSURANCE CORPORATION

**IT IS SO ORDERED**
*Judge Yvonne Gonzalez Rogers*
6/23/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAWKWAB HUSSAN AND QUEEN OF SHEBA<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, GOLDEN EAGLE INSURANCE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 4:16-cv-06103-YGR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

84863019v1

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Yawkwab Hussan and Queen of Sheba (collectively, "Plaintiffs"), and defendants Liberty Mutual Insurance Company and Golden Eagle Insurance Corporation (collectively, "Defendants"), hereby stipulate that this action and all claims Plaintiffs have asserted against Defendants in this action are hereby dismissed in their entirety with prejudice. Each party to bear his or its own costs and attorneys' fees.

DATED: June 23, 2017

By: *s/ Edward M. Higginbotham*
Edward M. Higginbotham
Conrad K. Wu
Attorneys for Plaintiffs
YAWKWAB HUSSAN AND QUEEN OF SHEBA

DATED: June 23, 2017        SEDGWICK LLP

By: *s/ Norman Lau*
Norman Lau
Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY and GOLDEN EAGLE INSURANCE CORPORATION

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Norman Lau, hereby certify that the content of this document is acceptable to Edward M. Higginbotham, counsel for plaintiffs Yawkwab Hussan and Queen of Sheba, and I have obtained Mr. Higginbotham's respective authorization to affix his electronic signature to this document.